## Mitchell's Estate

Before Lamorelle, P. J., and Gest, Henderson, Van Dusen, Stearne and Sinkler, JJ.

696

*Theodore O. Spaulding*, for exceptant; *Herbert E. Millen*, contra.

HENDERSON, J., June 23, 1933.—We have read the testimony and studied the briefs and have reached the conclusion that the auditing judge was correct in his rulings and in the reasons given by him.

The exceptions are dismissed and the adjudication is confirmed absolutely.